# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3619

_____

Gail L. Balmas,          *
                         *

         Appellant,     *

                         *    Appeal from the United States

     v.                   *    District Court for the

                         *    Western District of Arkansas.

Jo Anne B. Barnhart, Commissioner of   *

Social Security Administration,       *        [UNPUBLISHED]

                         *

         Appellee.      *

_____

Submitted: April 3, 2002
Filed: April 5, 2002

_____

Before McMILLIAN, BOWMAN, and BYE, Circuit Judges.

_____

PER CURIAM.

Gail L. Balmas appeals the District Court's[1] order affirming the denial of disability insurance benefits. Because Balmas failed to file a brief in the District Court, she has forfeited the arguments she presents on appeal. See Roberts v. Apfel,

_____

[1]The Honorable H. Franklin Waters, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

222 F.3d 466, 470 (8th Cir. 2000) (refusing to address on appeal argument not presented to district court).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.